**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LUIS MACIAS MONTOYA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF DIAMONDBACK CORRECTIONAL FACILITY, et al.,<br><br>Respondents. | ) | Case No. CIV-26-1884-J |

**ORDER**

Petitioner Luis Macias Montoya, a Mexican citizen, filed a Petition for Writ of Habeas Corpus (Petition) challenging his detention with Immigration and Customs Enforcement without a hearing. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Mitchell issued a Report and Recommendation recommending that the Court (1) grant the Petition in part and (2) order Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within ten days or otherwise release him. [Doc. No. 14]. Judge Mitchell further recommended that the Court order Respondents to certify compliance within ten business days. *See id.* No party objected by the October 26, 2026 deadline, and all have waived their right to de novo review. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Report and Recommendation [Doc. No. 14] is ADOPTED, Petitioner's Petition [Doc. No. 1] is GRANTED IN PART, and Respondents are ORDERED to provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within ten days of the date of this Order, or release Petitioner if no hearing occurs within that period. Respondents SHALL certify compliance within ten business days of the date of this Order.

A separate judgment will enter.

IT IS SO ORDERED this 28th day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE